No. 81–6646.  McRary *v.* United States.  C. A. 11th Cir.  Certiorari denied.

No. 81–6648.  Bennett *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 81–6651.  King *v.* Oklahoma.  Ct. Crim. App. Okla. Certiorari denied.

No. 81–6663.  Fiorot *v.* Oklahoma.  Ct. Crim. App. Okla.  Certiorari denied.

No. 81–6675.  Wiggan *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 81–6678.  Whitley *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 81–1587.  Balkcom, Warden *v.* Baty.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 81–1776.  Lewis *v.* Illinois.  Sup. Ct. Ill.; and
No. 81–6419.  Mikenas *v.* Florida.  Sup. Ct. Fla.  Certiorari denied.  Reported below: No. 81–1776, 88 Ill. 2d 129, 430 N. E. 2d 1346; No. 81–6419, 407 So. 2d 892.

Justice Brennan and Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–1872.  Turf Paradise, Inc. *v.* Arizona Downs. C. A. 9th Cir.  Certiorari denied.  Justice O'Connor took no part in the consideration or decision of this petition.